IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

AT ELKINS

FILED
OCT 2 0 2000
U.S. DISTRICT COURT
ELKINS WV 26241

DR. MARSHA CAREY

PLAINTIFF,

VS.

CIVIL ACTION NO.: 2:00 cv 87

GUEST SERVICES, INC., a
Washington District of Columbia
corporation d.b.a. CANAAN
VALLEY RESORT AND
CONFERENCE CENTER

DEFENDANT.

## COMPLAINT

### I.

The plaintiff is a citizen and resident of the State of West Virginia; the defendant is a foreign corporation doing business in West Virginia and this Court has jurisdiction based upon diversity of citizenship and the amount in controversy being in excess of $75,000.00.

### II.

On or about November 9, 1998, the plaintiff attended an educational conference at the defendant's Canaan Valley Resort and Conference Center in Tucker County, West Virginia and while attending this conference, she incurred serious and disabling injuries of her left ankle and left knee as a result of the defendant's negligence.

### III.

The defendant so installed, maintained and operated a flooring system so that the same separated causing the plaintiff to fall breaking her left ankle and deranging her left knee.

## IV.

As a direct and proximate result of the negligence of the defendant, the plaintiff has incurred substantial expenses in and about the care and treatment of her injuries and will in the future incur substantial expenses, has and will suffer pain and discomfort, loss of enjoyment of life, lost wages, suffered loss of earning capacity and said injuries are permanent in nature.

Wherefore plaintiff demands judgment of and from defendant in the sum of $500,000.00, interest and costs. Plaintiff demands trial by jury.

_____
CHARLES E. HURT
WV State Bar No.: 1834
Post Office Drawer 833
Charleston, West Virginia 25323

**BEMJAMIN F. YANCEY, JR.**
WV State Bar No.: 4153
4406 Malden Drive
Malden, West Virginia 25306
**COUNSEL FOR PLAINTIFF**