IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

ENTERED
FEB 25 2003
U.S. DISTRICT COURT
ELKINS, WV 26241

DR. MARSHA CAREY,

      Plaintiff,

v.   //   Civil Action No. 2:00-CV-87

GUEST SERVICES, INC.,
A Washington District of Columbia
corporation d/b/a CANAAN VALLEY
RESORT AND CONFERENCE CENTER,

      Defendant.

### JOINT DISMISSAL ORDER WITH PREJUDICE

This day came the parties hereto by their respective attorneys of record and announced to the Court that the claims of plaintiff Dr. Marsha Carey in the above-captioned civil action have been compromised and settled. Thereafter, the parties jointly moved for dismissal of plaintiff Dr. Marsha Carey's claims in this civil action.

The Court, receiving no objection to such joint motion, has decided to grant it. Therefore, it is hereby ORDERED that any and all claims of plaintiff Dr. Marsha Carey in the above-captioned civil action be dismissed, with prejudice.

CL830142.1

        The Clerk is hereby ordered to mail certified copies of this Order to the counsel of record.

        Entered this 25th day of February, 2003.

_/s/ Robert E. Maxwell_
**JUDGE ROBERT E. MAXWELL**

PREPARED BY:

_/s/ Hance Price_
Robert M. Steptoe, Jr.    (WV Bar #3605)
M. Hance Price    (WVBar#8185)
STEPTOE & JOHNSON PLLC
Bank One Center, Sixth Floor
P.O. Box 2190
Clarksburg, WV 26301

*Counsel for Defendant*

AGREED TO:

_/s/_
Charles E. Hurt, Esquire
Security Building, 7th Fl.
P. O. Drawer 833
Charleston, WV 25323

*Counsel for Plaintiff Dr. Marsha Carey*

CL830142.1

2